UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dante Wortoe,

                              Petitioner,

        -against-

Kenneth GENALO, Acting Director, New York
Field Office, Immigration and Customs
Enforcement; Paul ARTETA, Director of the
Orange County Correctional Facility; Todd
BLANCHE, Attorney General of the United States;
Markwayne MULLIN, Secretary of Homeland
Security; David VENTURELLA, Acting Director,
U.S. Immigration and Customs Enforcement,

                              Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   5/23/2026

26 Civ. 4325 (AT)

**ORDER**

ANALISA TORRES, District Judge:

     The Court is in receipt of Petitioner's application for a writ of habeas corpus under 22 U.S.C. § 2241.  *See* ECF No. 1.  Petitioner's transfer or removal to any location outside of this District, the Eastern District of New York, or the District of New Jersey is ADMINISTRATIVELY STAYED pending further order of the Court.

     The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order.  Counsel for Respondents shall promptly enter an appearance.

     SO ORDERED.

Dated:  May 23, 2026
        New York, New York

_____
        ANALISA TORRES
        United States District Judge