# THE LEGAL AID SOCIETY

Immigration Law Unit
49 Thomas Street, 5th Floor
New York, NY 10013
www.legalaidnyc.org
**Direct Dial: (646) 988-0809**
**Email: nmaust@legal-aid.org**

Lynn K. Neuner
*Chairperson of the Board*

Alan Levine
*President*

Twyla Carter
*Attorney-in-Chief*

Adriene L. Holder
*Attorney-in-Charge*
Civil Practice

Deborah Lee
*Attorney-in-Charge*
Immigration Law Unit

VIA ECF

Hon. Jesse M. Furman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 24B
New York, NY 10007-1312

May 27, 2026

**Re:    *Wortoe v. Genalo, et al.*, 26-CV-4325 (JMF)**

Dear Judge Furman:

Undersigned counsel represents Petitioner in the above-captioned habeas petition. The Petitioner writes on behalf of both parties.

The parties have conferred and mutually agree to a proposed briefing schedule, providing the Respondents until June 5, 2026 to respond to the petition and providing the Petitioner until June 12, 2026 to reply. Additionally, with the consent of the Respondents, the Petitioner has completed service of the petition and all of its attachments via email.

Given the proposed briefing schedule, the parties respectfully request that the conference currently scheduled for May 29, 2026 be adjourned to June 15, 2026 or to a date at the Court's discretion.

The parties thank the Court for its consideration.

The parties proposed briefing schedule is hereby ADOPTED. In light of that, the conference currently scheduled for May 29, 2026 is hereby CANCELED.

The Clerk of Court is directed to terminate ECF No. 8

SO ORDERED.

May 28, 2026

Sincerely,

*/s/ Natalie Maust*
Natalie Maust
Elyssa Williams
The Legal Aid Society
49 Thomas Street, 5th Floor
New York, NY 10013
T: 646-988-0809
E: EWilliams@legal-aid.org
E: NMaust@legal-aid.org

*Counsel for the Petitioner*