**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 26, 2026

By ECF
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Wortoe v. Genalo, et al.*, No. 26 Civ. 4325 (JMF)

Dear Judge Furman:

This Office represents the respondents in this habeas corpus action. I write in response to the Court's order, ECF No. 16, to advise the Court that ICE released Petitioner today, June 26, 2026, at approximately 2 p.m. I also advised Petitioner's counsel by email of Petitioner's release.

I thank the Court for its consideration of this letter.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: s/ *Tudor M. Neagu*
TUDOR M. NEAGU
Special Assistant United States Attorney
Telephone: (646) 856-5190
E-mail: tudor.neagu@usdoj.gov
*Attorney for Respondents*

cc: Counsel of Record (by ECF)

In light of these developments, the Court hereby dismisses the case as moot. (If either side believes that the case is not moot, it should promptly so advise the Court.) The Clerk of Court is directed to close the case.

SO ORDERED.

June 26, 2026